# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00257-CV

**Appellants, Texas Education Agency and Mike Morath, Commissioner of Education, in his Official Capacity // Cross-Appellant, Kemp Independent School District**

**v.**

**Appellee, Kemp Independent School District // Cross-Appellees, Texas Education Agency and Mike Morath, Commissioner of Education, in his Official Capacity**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-001226, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to these cross-appeals have filed a joint motion to dismiss their respective appeals. We grant the motion and dismiss the cause.

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Joint Motion

Filed: September 10, 2021